IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-CV-01952-RPM-BNB

EDWARD LUCERO,

      Plaintiff,

v.

PROFESSIONAL RECOVERY SYSTEMS, LLC,
a Colorado limited liability company,

      Defendant.

## ORDER OF DISMISSAL

Pursuant to the Unopposed Motion to Dismiss with Prejudice, filed on October 21, 2005, it is

ORDERED that the complaint and action are dismissed with prejudice, each party to pay its own costs and attorney's fees.

Dated: October 24th, 2005

      BY THE COURT:

      s/Richard P. Matsch
      _____
      Richard P. Matsch, Senior District Judge